UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 18-1045

_____

JAMES R. ADAMS

v.

GOVERNOR OF DELAWARE,

Appellant

_____

(D. Del. No.: 17-cv-00181)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  MCKEE, RESTREPO, and FUENTES, Circuit Judges

        The petition for rehearing filed by appellant in the above-entitled case

having been submitted to the judges who participated in the decision of this Court, it is

hereby  O R D E R E D that the petition for rehearing by the panel is granted.  The

Court's judgment entered February 5, 2019, and the Court's precedential opinion as

amended February 13, 2019 are hereby V A C A T E D.[1]  A subsequent opinion and

judgment will be issued.

                                        BY THE COURT,

                                        s/ Julio M. Fuentes
                                        Circuit Judge

Dated: April 10, 2019
CJG/cc:      David L. Finger, Esq.

_____

[1] As the merits panel has vacated the prior opinion and judgment, action is not required
by the en banc court. Judges Jordan and Bibas have voted for rehearing en banc.

Pilar G. Kraman, Esq.
Martin S. Lessner, Esq.
David C. McBride, Esq.